UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                        )<br>)<br>NEJOURDE MEACHAM,                            )<br>)<br>Defendant.              )<br>) | Criminal Action No. 23-282 (RBW) |

## ORDER

Upon consideration of the government's Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials, ECF No. 10, and for good cause shown, it is hereby

**ORDERED** that the government's Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials, ECF No. 10, is **GRANTED**. It is further

**ORDERED** that the government may disclose discovery materials protected by Federal Rule of Criminal Procedure 6(e). It is further

**ORDERED** that the government may provide sealed materials, pursuant to the Protective Order Governing Discovery, ECF No. 12. It is further

**ORDERED** that this Order shall apply to the disclosure of the materials described above to any co-defendants who may be later added to this case, unless otherwise ordered by the Court.

**SO ORDERED** this 24th day of August, 2023.

REGGIE B. WALTON
United States District Judge