UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-CR-282-RBW |
| | : | |
| NEJOURDE MEACHAM, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S SUGGESTION OF DEATH
AND MOTION FOR ABATEMENT OF PROSECUTION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully seeks abatement of prosecution in this matter.

The government recently received a police report from the Duchesne County Sheriff's Office (report no. 739342, incident no. 10771114, and case no. 2023-001692). According to the report, Mr. Meacham passed away on August 28, 2023. His passing has also been confirmed by Pretrial Services and defense counsel.

A defendant's death is a basis for abatement of all prosecution proceedings from their inception. *Durham v. United States*, 401 U.S. 481, 483 (1971).

WHEREFORE, the United States respectfully requests that this prosecution be abated.

Respectfully submitted,

*/s/ Madison H. Mumma*
Madison H. Mumma
Trial Attorney (Detailee)
N.C. Bar No. 56546
601 D. St., NW
Washington, D.C. 20001
madison.mumma2@usdoj.gov
202-431-8603

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served by email upon counsel for the defendant via the court e-filing system, on this 1st day of September 2023.

/s/ *Madison H. Mumma*
Madison H. Mumma
Trial Attorney