UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-282-RBW |
| | : | |
| | : | |
| | : | |
| **NEJOURDE MEACHAM,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF FILING OF**
**DEFENDANT'S REDACTED DEATH CERTIFICATE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Notice of Filing. Pursuant to the Court's September 11, 2023 Order, a redacted copy of the defendant's Certificate of Death (the "Certificate"), received from Utah's Office of Vital Records, is attached as Exhibit A.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Madison H. Mumma*
Madison H. Mumma
Trial Attorney (Detailee)
N.C. Bar No. 56546
601 D. St., NW
Washington, D.C. 20001
madison.mumma2@usdoj.gov
202-431-8603

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by email upon counsel for the defendant via the court e-filing system, on this 11th day of September 2023.

*/s/ Madison H. Mumma*
Madison H. Mumma
Trial Attorney