# EXHIBIT A

STATE OF UTAH
CERTIFICATION OF VITAL RECORD

# CERTIFICATE OF DEATH
State File Number: 2023014253

## Nejourde Thomas Meacham

### DECEDENT INFORMATION
| | | | |
|---|---|---|---|
| Date of Death: | August 28, 2023 | Time of Death: | 21:20 |
| City of Death: | Myton | County of Death: | Duchesne |
| Age: | | Date of Birth: | 1 |
| Place of Birth: | Pleasant Valley, Utah | Sex: | Male |
| Armed Services: | No | Marital Status: | Never Married |
| Spouse's Name: | | Usual Occupation: | Cattle Ranching |
| Industry/Business: | Agriculture | Education: | 9th Through 12th Grade |
| Residence: | Myton, Utah | Father's Name: | |
| Mother's Name: | | Facility Type: | Apartment |
| Facility or Address: | | | |

### INFORMANT INFORMATION
Name:
Mailing Address:   Relationship: Parents

### DISPOSITION INFORMATION
Method of Disposition: Burial
Place of Disposition:
Date of Disposition: September 2, 2023

### FUNERAL HOME INFORMATION
Funeral Home:
Address:
Funeral Director:

### MEDICAL CERTIFICATION
Certifying Physician:

### CAUSE OF DEATH
Gunshot wound of head
Tobacco Use: Unknown if User
Medical Examiner Contacted: Yes   Autopsy Performed: Yes   Autopsy Available: Yes   Manner of Death:

### INJURY INFORMATION
| | | | |
|---|---|---|---|
| Date of Injury: | August 28, 2023 | Time of Injury: | 20:16 |
| Injury at Work: | No | Place of Injury: | Shed |
| Location of Injury: | | | |
| How Injury Occurred: | | | |
| Motor Vehicle Accident: | No | | |

Date Registered: September 5, 2023
Date Issued: September 7, 2023

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: Intaglio Border, V & R images in top cycloids, and intaglio microtext. This document displays the date, seal and signature of the Utah State Registrar of Vital Record and Statistics.

Linda S. Wininger, MSW, LCSW
State Registrar
Rev. 04/21

*0669480 80*

Kirk Benge
Director/Health Officer
TriCounty Health Department


TRICOUNTY HEALTH
SERVING FOR HEALTH
UINTAH · DUCHESNE · DAGGETT

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE