UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 23-282 (RBW) |
| ) | |
| NEJOURDE MEACHAM, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Government's Motion for Abatement of Prosecution, ECF No. 15, it is hereby

**ORDERED** that the Government's Motion for Abatement of Prosecution, ECF No. 15, is **GRANTED**. It is further

**ORDERED** that, as to Nejourde Meacham, the Information, ECF No. 8, is **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that all pending deadlines in this case are **VACATED**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 11th day of October, 2023.

_/s/ Reggie B. Walton_
REGGIE B. WALTON
United States District Judge